IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>Plaintiff,<br><br>v.<br><br>MARY TONNA, ROGER TONNA, WILLIAM GILG, and DOES 1 through 50 inclusive.<br><br>Defendants.<br>_____/ | No. C 11-80266 WHA<br><br>**ORDER GRANTING LEAVE TO FILE COMPLAINT** |

In a pre-filing order dated February 11, 2011, Judge Claudia Wilken deemed plaintiff Sharon Bridgewater a vexatious litigation. As such, plaintiff is required to obtain leave of court before filing a new complaint. The pre-filing order states that "[i]f the complaint concerns the state unlawful detainer action in the state case *Hayes Valley Limited Partnership v. Bridgewater*, No. CUD-06-617995, it will not be filed" (No. C. 10-03022, Dkt. No. 98).

The instant complaint does not concern that action. Leave to file the complaint is **GRANTED**. No further determinations need be made in this miscellaneous matter. The **CLERK SHALL CLOSE THE CASE FILE**.

**IT IS SO ORDERED.**

Dated: November 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE