United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

    Plaintiff,

  v.

MARY TONNA, ROGER TONNA, WILLIAM GILG, and DOES 1 through 50 inclusive.

    Defendants.

No. C 11-80266 WHA

**ORDER GRANTING LEAVE TO FILE COMPLAINT**

In a pre-filing order dated February 11, 2011, Judge Claudia Wilken deemed plaintiff Sharon Bridgewater a vexatious litigation. As such, plaintiff is required to obtain leave of court before filing a new complaint. The pre-filing order states that "[i]f the complaint concerns the state unlawful detainer action in the state case *Hayes Valley Limited Partnership v. Bridgewater*, No. CUD-06-617995, it will not be filed" (No. C. 10-03022, Dkt. No. 98).

The instant complaint does not concern that action. Leave to file the complaint is **GRANTED**. No further determinations need be made in this miscellaneous matter. The **CLERK SHALL CLOSE THE CASE FILE**.

**IT IS SO ORDERED.**

Dated: November 7, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE